### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAMEAN MARLOW, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 22-1555 (UNA) |
| JOSEPH R. BIDEN, JR., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

### **MEMORANDUM OPINION**

This matter is before the Court on consideration of plaintiff's Motion for Leave to Proceed *in forma pauperis*, Dkt. 2, and *pro se* Complaint, Dkt. 1. The Court grants the application and, for the reasons discussed below, the dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that unknown individuals accessed his treasury accounts and opened new accounts in his name, all without his consent. *See* Compl. at 4–5. He claims that "trillions of dollars" have been embezzled, *id.* at 5, and is "requesting to reverse all treasury accounts," *id.* at 9, so that he can access "all [his] treasury accounts, which include multiple properties, security deposits, stocks, miscellaneous, mysterious and unclaimed checks," *id.* Missing from the complaint are factual allegations identifying the accounts and other property at issue, or describing his legal entitlement to those accounts, or establishing the legal basis for his claim. As drafted, the complaint fails to comply with the minimum pleading standard set forth in Rule 8(a). A separate order will issue.

DATE: June 27, 2022                                   /s/
                                                      DABNEY L. FRIEDRICH
                                                      United States District Judge